|   |   |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTER, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-02868-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT EITHER A COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE REQUIRED FILING FEE<br><br>ECF No. 2 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an *in forma pauperis* affidavit, but it is incomplete and unsigned. Plaintiff will be provided the opportunity either to submit the appropriate complete affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

　　　　Plaintiff is cautioned that the *in forma pauperis* application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will

1

result in a recommendation that this action be dismissed; and

    2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    December 12, 2023                                              
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE