UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORTER, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-2868-TLN-JDP (P)<br><br>ORDER |

  Plaintiff brought this action against defendants Corter, Linquest, and Williams, all correctional officers at California State Prison, Sacramento, and alleged that they subjected him to excessive force. ECF No. 16 at 3-5. On September 5, 2024, I directed service for these defendants. ECF No. 18. Those summons were returned unexecuted. ECF No. 25. It appears that additional identifying information is needed to effect service. There are two officers named Corter at California State Prison-Sacramento, both of whom hold the rank of sergeant. *Id.* at 2. Plaintiff must provide additional identifying information so that service may be effected on the correct Sergeant Corter. Additionally, there is no officer named Linquest, as plaintiff spells the name in his complaint, but there is an officer named Lindquist. *Id.* at 3. Plaintiff must confirm if this is the officer he is accusing of wrongdoing. Finally, as noted in my recent order, officials

1

state that there is no officer named Williams with the first initial of "S" at the prison. *Id.* at 1. If plaintiff does not provide additional information in response to this order, there appears to be no reason to re-attempt service for this defendant.

      Accordingly, within twenty-one days of this order's entry plaintiff shall provide additional identifying information as to defendants "Linquest/Lindquist," "Sergeant Corter," and "S. Williams." This information should be submitted in a written filing. If he fails to do so, this action may be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   December 19, 2024

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

2