UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES A. EDWARDS,

Plaintiff,

v.

CORTER, et al.,

Defendants.

No. 2:23-cv-2868-TLN-JDP

**ORDER**

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 53.) Neither party filed objections to the findings and recommendations. Plaintiff filed a "request to be more reasonable," but the filing does not substantively address the findings and recommendations. (ECF No. 54.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2026 (ECF No. 53), are ADOPTED in full.

2. This action is DISMISSED without prejudice for failure to comply with court orders and for failure to prosecute.

3. The motions at ECF Nos. 50 & 54 are DENIED as moot.

IT IS SO ORDERED.

DATE: August 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE